# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| VICTORIA TURNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE NO.: |
| vs. | ) |
| | ) 22-C-00052-S2 |
| CUMBERLAND MALL, LLC; | ) |
| PONDSCO FACILITY SERVICES, | ) |
| LLC f/k/a XENCOM FACILITY | ) |
| MANAGEMENT, LLC; and JOHN | ) |
| DOE CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF REMOVAL

COMES NOW CUMBERLAND MALL, LLC and PONDSCO FACILITY SERVICES, LLC f/k/a XENCOM FACILITY MANAGEMENT, LLC, Defendants in the above-captioned matter, and herein file their Notice of Removal pursuant to Fed. R. Civ. P. 8(c) and 28 U.S.C. §§ 1441 and 1446(a) and (b).

## STATEMENT OF THE CASE

1.

Defendants Cumberland Mall, LLC and Pondsco Facility Services, LLC f/k/a Xencom Facility Management, LLC have been sued in a civil action brought in the State Court of Gwinnett County, which is located within the Atlanta Division of the

- 2 -

United States District Court for the Northern District of Georgia.

2.

Pursuant to 28 U.S.C. § 1446(a) Defendant attaches, as Exhibit "A" to this original pleading only, a copy of all process, pleadings, and orders served upon such defendant or defendants in the State Court of Gwinnett County action.

3.

The present matter is an action for damages for bodily injuries stemming from a March 3, 2020 slip and fall incident alleged to have occurred at Cumberland Mall located at 2860 Cumberland Mall SE, Atlanta, Georgia 30339 (hereinafter "the subject incident").  Ex. 1, Complaint, ¶ 7, 10-11.  Plaintiff makes claims against Defendants for (i) negligence (ii) failure to keep the premises free of hazards, and (iii) failure to warn.  *Id.*, Complaint, ¶¶ 17.

4.

The Complaint was filed on January 5, 2022, in the State Court of Gwinnett County, Civil Action File No. 22-C-00052-S2.  The Complaint and Summons were allegedly served and received by Defendants on January 7, 2022.

**DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)**

5.

Upon information and belief, Plaintiff is a resident and citizen of the State of

Georgia.

6.

Defendant Cumberland Mall, LLC is a Delaware Limited Liability Company with its principal place of business in Illinois.

7.

Defendant Pondsco Facility Services, LLC is a Texas Limited Liability Company with its principal place of business in Texas.

8.

The Complaint asserts claims by a resident Plaintiff against non-resident Defendants; therefore, there is complete diversity of citizenship.

9.

Plaintiff contends that "as a direct and proximate result of Defendants' negligence, Plaintiff sustained personal injuries and incurred extensive charges for medical care in excess of $32,215,20 and will incur additional medical and other expenses into the future." Plaintiff further contends that she suffered "great physical and mental pain and suffering, inconvenience, inability to enjoy a normal life, and a diminished capacity to work and labor." Ex. A, Complaint, ¶ 18-19.

10.

In determining whether the requisite $75,000.00 amount in controversy has

been established, jurisdiction "is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement." *Williams v. Best Buy Co., Inc.*, 269 F.3d 1319 (11th Cir. 2001). In the present case, given the damages claimed by Plaintiff, it is facially apparent from Plaintiff's Complaint that the requisite $75,000.00 amount in controversy requirement has been met.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

11.

This Notice of Removal is filed within thirty (30) days from the alleged date of service on Defendants. Removal is, therefore, timely in accordance with 28 U.S.C. § 1446(b).

12.

Pursuant to 28 U.S.C. 1446(b)(2)(A), "all defendants who have been properly joined and served must join in or consent to the removal of the action. Both Defendants expressly consent to and desire the removal of this action; as a result, the requirements of 28 U.S.C. § 1446(b)(2)(A) have been met.

13.

Defendants have given notice of the filing of this Notice to Plaintiff by service of this Notice of Removal to Plaintiff's counsel, and by filing a written notice with the Clerk of State Court of Gwinnett County, a copy of which is attached as Exhibit

"B".

14.

The aforementioned civil action is a civil action over which this Court has original jurisdiction and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1332(a) as well as 28 U.S.C. § 1441(a), because this Court has original jurisdiction in any action involving diversity grounds under the laws of the United States.

WHEREFORE, Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

Respectfully submitted, this 3rd day of February, 2022.

          **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

          */s/ William T. Mitchell*
          **William T. Mitchell**
          Georgia Bar No. 513810
          Email:  bmitchell@cmlawfirm.com
          Direct Dial:  404-881-2633

          */s/ Marcus Wisehart*
          **Marcus Wisehart**
          Georgia Bar No. 771355
          Email:  mwisehart@cmlawfirm.com
          Direct Dial:  404-881-2635

          *(Attorneys for Cumberland Mall, LLC and Pondsco Facility Services, LLC)*

275 Scientific Drive
Suite 2000
Peachtree Corners, GA 30092

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

This 3rd day of February, 2022.

                                             **Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

                                             */s/ William T. Mitchell*
                                             **William T. Mitchell**
                                             Georgia Bar No. 513810

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically filed the within and foregoing **DEFENDANT'S NOTICE OF REMOVAL** with the Clerk of Court which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Jason T. Schneider, Esq.<br>Campbell Williamson, Esq.<br>Jason E. Duncan, Esq.<br>SCHNIEDER HAMMERS LLC<br>5555 Glenridge Connector<br>Suite 975<br>Atlanta, Georgia 30342<br><br>**Via Certified Mail No.:<br>9171 9690 0935 0232 0236 52** | Kathleen Edwards-Opperman<br>Montlick & Associates, P.C.<br>17 Executive Park Drive<br>Suite 300<br>Atlanta, Georgia 30329<br><br><br><br>**Via Certified Mail No.:<br>9171 9690 0935 0232 0236 69** |

I FURTHER CERTIFY that I have served a copy of the above-referenced pleading via Certified U.S. Mail to the above-referenced counsel of record.

Respectfully submitted, this 3rd day of February, 2022.

        **Cruser, Mitchell, Novitz, Sanchez,<br>        Gaston & Zimet, LLP**

        */s/ William T. Mitchell*
        **William T. Mitchell**
        Georgia Bar No. 513810